IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

KENNETH BURKE,

    Plaintiff,

v.                                                                                                       No. 18-cv-0261 MV/SMV

DOÑA ANA COUNTY DETENTION CENTER,
ENRIQUE VIGIL, KEN MIYAGISHIMA,
KASANDRA GANDARA, GREG SMITH,
GABRIEL VASQUEZ, JACK EAKMAN, GILL SORG,
YVONNE FLOREZ, ARAMARK FOOD SERVICE,
and FNU LNU,

    Defendants.

## ORDER TO SHOW CAUSE

This matter is before the Court sua sponte. The record reflects that certain mailings to Plaintiff Kenneth Burke were returned as undelivered [Docs. 25–28]. It appears that Plaintiff has been transferred or released from custody without advising the Court of his new address, as required by D.N.M.LR-Civ. 83.6, thus severing contact with the Court. Because Plaintiff has failed to comply with the Court's local rules, he will be required to show cause why this action should not be dismissed. *See Bradenburg v. Beaman,* 632 F.2d 120, 122 (10th Cir. 1980) ("It is incumbent on litigants, even those proceeding pro se, to follow the federal rules of procedure. The same is true of simple, nonburdensome local rules . . ." (citation omitted)). Failure to comply with this Order may result in dismissal without further notice.

**IT IS THEREFORE ORDERED** that, within 21 days from entry of this Order, Plaintiff must notify the Clerk in writing of his current address or otherwise show cause why this action should not be dismissed.

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**